UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. REISER, *et al.*, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | CASE NO. 1:07-cv-03867-CAB JUDGE CHRISTOPHER A. BOYKO MAG. JUDGE VECCHIARELLI |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| RTI INTERNATIONAL METALS, INC., *et al.*, | ) ) ) | **ORDER DISMISSING THIS ACTION AGAINST ALL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| Defendants. | ) | |

On motion of Plaintiffs, and for good cause shown, it is hereby ORDERED that Plaintiffs' motion to dismiss this action is hereby GRANTED, and that this action is hereby DISMISSED against all Defendants pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 26 day of September, 2008.

*/s/ Christopher A. Boyko*
JUDGE CHRISTOPHER A. BOYKO